758 A.2d 152

IN THE MATTER OF GERARD J. GILLIGAN,
AN ATTORNEY AT LAW.

September 8, 2000.

## ORDER

**GERARD J. GILLIGAN** of **CEDAR GROVE**, who was admitted to the bar of this State in 1980, having pleaded guilty to one count of aggravated sexual assault, in violation of *N.J.S.A.* 2C:14–2a(1), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **GERARD J. GILLIGAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **GERARD J. GILLIGAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **GERARD J. GILLIGAN** comply with *Rule* 1:20–20 dealing with suspended attorneys.